No. 74–5649.  CATANZARITE *v.* MAZURKIEWICZ ET AL. C. A. 3d Cir.  Certiorari denied.

No. 74–5650.  BREDY *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 74–5652.  TALLENT, AKA OSTERHOUT, ET AL. *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.